IN THE SUPREME COURT OF TEXAS

 No. 04-0364

 IN RE PRUDENTIAL ASSURANCE COMPANY LTD., ET AL.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for stay, filed April 19, 2004, is
granted. The order dated March 8, 2004, in Cause No. 2001-49363, styled
Lexington Insurance Company v. Advanced Wirecloth, Inc., Environmental
Procedures, Inc., Vincent D. Leone, Sr., Screen Manufacturing Company,
Ltd., Tuboscope Vetco International, Inc., Tuboscope Vetco International,
Ltd., Varco Canada, Ltd., Varco International, Inc., and Varco, L.P. v.
Allianz International Insurance Company, Ltd., Et Al., in the 164th
District Court of Harris County, Texas, is stayed pending further order of
this Court.

 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus on or before 3:00 p.m., April 26,
2004.

 Done at the City of Austin, this April 19, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk